No. D–1128. IN RE DISBARMENT OF RODRIGUEZ. It is ordered that Carlos Alberto Rodriquez, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig. DELAWARE v. NEW YORK. Fee application dated March 27, 1992, submitted by the Special Master in this action approved, and payment shall be made to "Thomas H. Jackson, Special Master" in the total amount of $105,824.85. It is further ordered that the participating jurisdictions shall bear these costs equally, with each jurisdiction which is a party or which has a pending application to intervene at the date of this order contributing an equal share. It is further ordered that each such jurisdiction may make payment either to the firm of Dickstein, Shapiro & Morin, as coordinating counsel for this purpose, or may make payment directly or via separate counsel to the Special Master. It is further ordered that payment of fees, costs, and expenses pursuant to this order shall be due within 45 days from the date hereof. [For earlier order herein, see, e. g., 502 U. S. 1088.]

No. 91–32. SORBOTHANE, INC., ET AL. v. MCQUILLAN ET VIR, DBA SORBOTURF ENTERPRISES. C. A. 9th Cir. Motion of respondents to expedite consideration of petition for writ of certiorari denied. JUSTICE BLACKMUN would grant this motion.

No. 91–1270. RICHARDS, GOVERNOR OF TEXAS, ET AL. v. TERRAZAS ET AL. Appeal from D. C. W. D. Tex. Motion of potential intervenors Guadalupe Mena et al. for leave to proceed in forma pauperis granted. Motion of Guadalupe Mena et al. for leave to intervene denied.

No. 91–7497. RUSSELL v. FRANK, POSTMASTER GENERAL. C. A. 6th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 16, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–1229. UNITED STATES BY AND THROUGH INTERNAL REVENUE SERVICE v. MCDERMOTT ET AL. C. A. 10th Cir. Certiorari granted.